

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHNATHAN CRAIG, ) | Civil Action No. 7:08-cv-00528 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN BRYAN B. WATSON, et al., ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that the plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 20th day of January, 2009.

                                             Senior United States District Judge